In re EDWARD HESS & CO.

(District Court, E. D. Pennsylvania. April 14, 1905.)

No. 1,993.

BANKRUPTCY—CLAIM OF PRIVILEGE—PRODUCTION OF BOOKS OF ACCOUNT.

The finding of a referee that there was no foundation in fact for the claim of privilege set up by a bankrupt on the ground that his books and papers, if produced, would tend to incriminate him, affirmed, and an order made requiring him to produce his books and to answer certain questions propounded to him; the only witnesses called, aside from the bankrupt, having testified that an examination of the books disclosed nothing of an incriminating character, and that they were properly kept.

In Bankruptcy. On certificate from referee.

Charles Biddle, Samuel P. Tull, and Edgar C. Van Dyke, for trustee.

Julius C. Levi, for bankrupt.

HOLLAND, District Judge. Some time ago a reference was made in this case "to take such testimony as the bankrupt might offer to show his answer that his books and papers contain evidence which may tend to incriminate him is made in good faith, to protect him against a criminal prosecution that has been instituted or which may be brought against him, and report such evidence and his conclusions thereon to this court, specifying which of the said documents, if any, did or did not contain such alleged incriminating evidence." (D. C.) 134 Fed. 109. The bankrupt and two witnesses appeared before the referee. Certain questions were propounded to the witnesses, who were unable to answer without the books and papers belonging to the bankrupt from which the data could be obtained to enable them to correctly answer the questions. The bankrupt refused to produce his books or papers referred to by these witnesses, and refused to answer certain questions. The referee directed him to produce the books and papers and to answer the questions. Whereupon counsel for the bankrupt requested the referee to certify the question to this court as to whether the bankrupt should be compelled to answer the questions and to produce the books and papers.

The two witnesses called testified that an examination of the books shows nothing in them tending to incriminate the bankrupt and that the books were properly and correctly kept. The referee, in an opinion filed, concludes that there is nothing in the answer to

the question referred to which will tend to incriminate him, nor is there anything in the books and papers which will have that effect, and therefore he should be compelled to produce his books and papers and to answer the questions. In these conclusions we think the referee is right, for the reasons stated in his opinion.

It is therefore ordered, adjudged, and decreed that the bankrupt produce the books and papers referred to in the opinion of the referee, in accordance with his order, and do answer the questions stated in his report.